# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE MARTINEZ<br><br>              Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION d/b/a, FEDEX EXPRESS<br><br>              Defendant. | Case No. 15-cv-3155-YGR (DMR)<br><br>[PROPOSED] ORDER CONTINUING DATES<br><br>*AS MODIFIED BY THE COURT* |

The Court having reviewed the joint stipulation and request of Plaintiff Caroline Martinez and Defendant Federal Express Corporation to extend the non-expert discovery and corresponding deadlines in the above matter, and good cause appearing, therefore,

**IT IS ORDERED** that the non-expert discovery deadline is extended to **May 17, 2016**. The case management conference previously scheduled on April 11, 2016 at 2:00 p.m. is **CONTINUED** to **June 20, 2016** at **2:00 p.m.**, in Courtroom No. 1, Fourth Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

Plaintiff and Defendant shall file any dispositive motions on or before May 31, 2016. Dispositive motions shall be heard on **July 5, 2016** at **2:00 p.m.**

The parties are on notice that in light of the Court's criminal jury trial schedule, the request to postpone the timing of dispositive and *Daubert* motions

1

1 | may result in the parties incurring the expense of trial preparations without the
2 | benefit of a court order on said motions.
3 |     This Order terminates Docket Number 42.

Dated: April 7, 2016

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge